IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICK D. LANGE, as Chapter 7 Trustee of the Bankruptcy Estate of TierOne Corporation; <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES W. HOSKINS, CAMPBELL R. MCCONNELL, GILBERT G. LUNDSTROM, EUGENE B. WITKOWICZ, JAMES A. LAPHEN, KPMG LLP, <br><br> Defendants. | 4:12CV3148 <br><br> **ORDER** |

Having reviewed the evidence regarding the Federal Deposit Insurance Corporation's ("FDIC") Motion to Intervene, (filing no. 39) the court finds the current evidentiary record is lacking potentially relevant information.

Accordingly,

IT IS ORDERED, on or before November 7, 2012 the plaintiff shall provide the court with a list of the respective officers and directors for TierOne Corporation and TierOne Bank from 2002 to 2010 including the dates the individuals served in such capacity and any committees on which the individuals served.

Dated this 31st day of October, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge