IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICK D. LANGE, as Chapter 7 Trustee of the Bankruptcy Estate of TierOne Corporation, | ) ) ) ) | 4:12CV3148 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for TierOne Bank, | ) ) ) ) | |
| Intervenor, | ) ) | |
| v. | ) ) | |
| CHARLES W. HOSKINS; CAMPBELL R. MCCONNELL; GILBERT G. LUNDSTROM; EUGENE B. WITKOWICZ; JAMES A. LAPHEN; and KPMG LLP, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that the parties' joint stipulation (filing 88), treated as a motion, is granted, and all proceedings on FDIC-R's motion for summary judgment (filing 90-1), and any related filings, are stayed until December 10, 2013.

IT IS FURTHER ORDERED on the court's own motion that all proceedings on the following pending matters are also stayed until December 10, 2013:

1. KPMG's motion to compel arbitration (filing 5);
2. KPMG's amended motion to compel arbitration and motion to dismiss (filing 13);
3. Trustee's motion to remand and abstain (filing 30);
4. KPMG's motion to compel arbitration and motion to dismiss (filing 42);
5. Magistrate Judge's findings, recommendation, and order (filing 79); and
6. KPMG's statement of objections (filing 81).

November 19, 2013. BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge