IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICK D. LANGE, as Chapter 7 Trustee of the Bankruptcy Estate of TierOne Corporation, | ) ) ) ) | 4:12CV3148 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for TierOne Bank, | ) ) ) ) | |
| Intervenor, | ) ) | |
| v. | ) ) | |
| CHARLES W. HOSKINS; CAMPBELL R. MCCONNELL; GILBERT G. LUNDSTROM; EUGENE B. WITKOWICZ; JAMES A. LAPHEN; and KPMG LLP, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that the parties' second joint stipulation (filing 98), treated as a motion, is granted, and all proceedings on FDIC-R's motion for summary judgment (filing 90-1), and any related filings, are stayed until January 10, 2014.

IT IS FURTHER ORDERED on the court's own motion that all proceedings on the following pending matters are also stayed until January 10, 2014:

1. KPMG's motion to compel arbitration (filing 5);
2. KPMG's amended motion to compel arbitration and motion to dismiss (filing 13);
3. Trustee's motion to remand and abstain (filing 30);
4. KPMG's motion to compel arbitration and motion to dismiss (filing 42);
5. Magistrate Judge's findings, recommendation, and order (filing 79); and
6. KPMG's statement of objections (filing 81).

December 18, 2013.　　　　　BY THE COURT:

　　　　　　　　　　　　　　s/ Richard G. Kopf
　　　　　　　　　　　　　　Senior United States District Judge