IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICK D. LANGE, as Chapter 7 Trustee of the Bankruptcy Estate of TierOne Corporation, | ) ) ) ) | 4:12CV3148 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) ) | |
| KPMG LLP, | ) ) ) | |
| Defendant. | ) ) | |

IT IS ORDERED that on or before October 20, 2014, and not less than once every 4 months thereafter, the parties shall each file a status report as previously directed by the court in its memorandum and order entered on April 21, 2014 (filing 111). A party's failure to comply with this order may result in the imposition of sanctions.

October 6, 2014.     BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge